IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JORGE ALBERTO CRUZ ROLON

XXX-XX-9009

Debtor(s)

CASE NO. 11-04305 BKT

Chapter 13

FILED & ENTERED ON 06/18/2015

### ORDER

Debtor is hereby granted twenty-one (21)days to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of June, 2015.

Brian K. Tester
U. S. Bankruptcy Judge