THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE ALBERTO CRUZ ROLON

DEBTOR

CASE NO. 11-04305-BKT

CHAPTER 13

### DEBTOR'S MOTION IN COMPLIANCE WITH ORDER, DOCKET #35, AND REQUEST FOR ADDITIONAL EXTENSION OF TIME

TO THE HONORABLE COURT:

**NOW COMES, JORGE ALBERTO CRUZ ROLON**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Before the Court there is a motion to dismiss filed by the Chapter 13 Trustee, docket #33, and debtor's reply, docket #34.

2. On June 18, 2015, this Honorable Court granted the debtor twenty-one (21) days to file evidence of being current, docket #35.

3. The debtor hereby respectfully informs the Court that on July 9, 2015, he made a $120.00 partial payment to the Trustee. Attached is copy of evidence of said payment.

4. However, the debtor respectfully informs that due to certain economic problems he was not able to cure the total amount in arrears owed to the Plan, within the period of time granted by the Court.

5. The debtor respectfully submits to this Honorable Court that on July 15, 2015, he will pay the current balance owed in arrears in the amount of $130.00, to cure any and all confirmed Plan payment arrears.

6. Therefore, the debtor respectfully requests an additional seven (7) days in order to file evidence of curing the Plan arrears, which extension of time to expire on July 16, 2015.

Page - 2 -
Informative motion
Case no. 11-04305-BKT13

**WHEREFORE**, the debtor requests this Honorable Court grant the present motion and grant the requested additional extension of time, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the debtor to his address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 9th day of July, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS, PR 00726-0186
TEL. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com



