IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE ALBERTO CRUZ ROLON

DEBTOR(S)

CASE NO. 11-04305-BKT
CHAPTER 13

**TRUSTEE'S MOTION IN COMPLIANCE WITH COURT'S ORDER**
**DKT. 49**

TO THE HONORABLE COURT:

Comes now, **Alejandro Oliveras Rivera**, Chapter 13 Trustee, who most respectfully states and prays as follows:

1. This Honorable Court has ordered the trustee to state his position regarding debtor(s) reply to Motion to dismiss. DKT. 49.

2. In compliance with this Honorable Court's order, the trustee submits the following information regarding debtor's plan payments as of 05/24/2011:

| | |
|---|---:|
| **The amount that should have been paid is** | $9,000.00 |
| **Receipts** | $8,550.00 |
| **Arrears** | $450.00 |
| **DATE LAST PAYMENT RECEIVED** | 05/11/2016 |

**WHEREFORE**, it is respectfully requested from this Honorable Court to be informed of the trustee's compliance with the above mentioned order and issue the orders it deems appropriate and necessary.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) at the address of record.

In San Juan, Puerto Rico this : 5/31/2016

/s/ALEJANDRO OLIVERAS RIVERA
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAC-VR