# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JORGE ALBERTO CRUZ ROLON**<br>**aka JORGE A CRUZ ROLON**<br><br>**xxx–xx–9009**<br><br>Debtor(s) | Case No. **11–04305 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/5/16 |

### *ORDER GRANTING RECONSIDERATION*

Upon debtor's (s') request for reconsideration of the order dismissing the instant case (docket entry #54), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, July 5, 2016 .

Brian K. Tester
United States Bankruptcy Judge