IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

JORGE ALBERTO CRUZ ROLON

Debtor(s)

Case No. 11-04305/BKT

Chapter 13

### Debtor(s)' DSO Certification of Compliance With Bankruptcy Code Section 1328(a)
[*Certificación de (los) Deudores del Cumplimiento con la Sección 1328(a) del Código de Quiebras*]

TO THE HONORABLE COURT:

Pursuant to Bankruptcy Code Section 1328(a) the subscribing debtor(s), of the case of reference, hereby certifies, under penalty of perjury, the following: [*Conforme la Sección 1328(a) del Código de Quiebras el (los) suscribiente(s) deudor(es), del caso de referencia, por la presente certifica(n), bajo pena de perjurio, lo siguiente:*]

I (We) certify having completed all payments under the Chapter 13 plan approved by this Court. [*Yo (Nosotros) certifico (certificamos) haber completado todos los pagos bajo el plan de Capitulo 13 aprobado por éste tribunal.*]

[_] I (We) certify that there were no Domestic Support Obligations due to be paid by the debtor. [*Yo (Nosotros) certifico (certificamos) que no habían obligaciones de manutención a ser pagadas por el deudor.*]

[x] I (We) certify that all my Domestic Support Obligations, payable under judicial or administrative order, or by statute, that became due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid. [*Yo (Nosotros) certifico (certificamos) que todas mis obligaciones de manutención, cuyo pago era exigible bajo orden judicial o administrativa, o por ley, y que vencieron en o antes de la fecha de esta certificación (inclusive aquellas cantidades vencidas antes de que esta petición fuera radicada, pero solo en la medida provista por el plan) han sido pagadas.*]

[_] I (We) certify that after the order for relief under this Chapter there is no Court order approving a written waiver of discharge request. [*Yo (Nosotros) certifico (certificamos) que después de la orden de alivio bajo éste Capitulo no hay orden del tribunal aprobando una solicitud escrita renunciando la orden de descargo.*]

The foregoing declaration is submitted under penalty of perjury and I declare that the same is true and correct to the best of my information and belief. [*Esta declaración es sometida bajo pena de perjurio y yo declaro que la misma es cierta y correcta según mi información y creencia.*]

In Caguas, Puerto Rico this 3 day of September 2016.
En Caguas, Puerto Rico hoy día 3 de septiembre 2016.

*[signature]*
JORGE ALBERTO CRUZ ROLON